DOWDELL, J. Affirmed on the authority of *Andrews v. Hall*, 132 Ala. 320; *Tobias v. Josiah Morris & Co.*, 132 Ala. 267; *Zirkle & Moore v. Jones*, 129 Ala. 444; *Brown v. Commercial Fire Ins. Co.*, 86 Ala. 189.

TYSON, C. J., ANDERSON and MCCLELLAN, JJ., concur.

---

## STATE V. MORGAN.

(Decided July 3, 1908.)

APPEAL from order of Chancellor.

Heard before Hon. L. D. GARDNER.

ALEXANDER M. GARBER, Attorney General, and CHARLES R. BRICKEN, for the State. FRANK B. BRICKEN, and W. L. PARKS, for appellee.

Per curiam. Order granting bail affirmed.

---

## TAYLOR V. THE STATE.

(Decided June 30, 1908.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

FRANK W. LULL, for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

ANDERSON, J. The judgment was rendered at a time not authorized by law, and will not support an appeal. Dismissed.

TYSON, C. J., DOWDELL and MCCLELLAN, JJ., concur.

---

## THOMASON V. BROCK.

(Decided June 4, 1908.)

APPEAL from Calhoun Circuit Court.

Heard before Hon. JOHN PELHAM.

WILLETT & WILLETT, for appellant.   KNOX, ACKER & BLACKMON, for appellee.

TYSON, C. J.  The cause is affirmed.

DOWDELL, ANDERSON and McCLELLAN, JJ., concur.

---

## TROY V. GOODWYN.

(Decided April 9, 1903.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

WATTS & LETCHER, for appellant.   GOODWYN & McIN-TYRE, and J. W. A. SANFORD, for appellee.

McCLELLAN, J.  The cause is affirmed.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.

---

## VICK V. THE STATE.

(Decided May 21, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.

ALLEN & BELL, for appellant.   ALEXANDER M. GARBER, Attorney General, for the State.

SIMPSON, J.  Appeal dismissed on the authority of *Mayers v. The State,* 147 Ala. 687.

TYSON, C. J., HARALSON and SIMPSON, JJ., concur.

---

## VIGO V. CITY OF BIRMINGHAM.

(Decided April 23, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.